**Order filed, September 19, 2012.**



In The

# Fourteenth Court of Appeals
_____

NO. 14-12-00610-CV
_____

**RICHARD C. FORD, Appellant**

**V.**

**PREMIER INSTALLATION & DESIGN GROUP, INC. AND MORRIS E. SANFORD, III, Appellee**

---

**On Appeal from the 295th District Court
Harris County, Texas
Trial Court Cause No. 2008-66755**

---

## ORDER

The reporter's record in this case was due **July 31, 2012**, 2012. *See* Tex. R. App. P. 35.1. On August 17, 2012, this court granted the court reporters request for extension of time to file the record until September 17, 2012. To date, the record has not been filed with the court. Because the reporter's record was not filed within the time prescribed in the first request, the court **GRANTS** your second request and issues the following order.

We order **Cantrece Addison**, the official court reporter, to file the record in this appeal **on or before October 1, 2012. No further extension will be entertained absent exceptional circumstances**. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Cantrece Addison** does not timely file the record as ordered, the Court may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM